Juliane E. Lore (ID No. 9786)
**LORE LAW FIRM, P.L.L.C.**
3201 Hesper Rd., Ste. 5
Billings, MT 59102
Telephone (406) 206-0144
Email: juliane@lorelaw.us

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-61086-BPH |
| | ) | |
| JUSTIN MICHAEL KERR and | ) | NOTICE OF SUBSTITITON |
| ASHLEY RENEE KERR | ) | OF COUNSEL FOR DEBTORS |
| | ) | |
| Debtors | ) | |
| | ) | |

The Debtors, JUSTIN MICHAEL KERR and ASHLEY RENEE KERR, by and through counsel, hereby give Notice that the Debtors have substituted Blake Robertson, of Patten, Peterman, Bekkedahl & Green, as their counsel of record in the above entitled case, and that Juliane E. Lore no longer represents the Debtors.

DATED this 24th day of May, 2018.

**LORE LAW FIRM, P.L.L.C.**

By:  /s/ Juliane E. Lore
     Juliane E. Lore
     Attorney for Debtors

By:  /s/ Justin M. Kerr
     JUSTIN MICHAEL KERR
     Debtor

By:  /s/ Ashley R. Kerr
     ASHLEY RENEE KERR
     Joint Debtor